```
 1  AARON D. FORD
      Attorney General
 2  SAMUEL L. PEZONE, JR. (Bar No. 15978)
      Deputy Attorney General
 3  State of Nevada
    Office of the Attorney General
 4  1 State of Nevada Way, Suite 100
    Las Vegas, Nevada 89119
 5  (702) 486-4070 (phone)
    (702) 486-3768 (fax)
 6  Email: spezone@ag.nv.gov

 7  Attorneys for Interested Party,
    Nevada Department of Corrections (NDOC)
 8
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| ANTOINE BOUSLEY,<br><br>Plaintiff,<br><br>v.<br><br>GARCIA, et al.,<br><br>Defendants. | Case No. 3:24-cv-00210-MMD-CSD<br><br>ORDER GRANTING<br>**STIPULATION TO DISMISS WITH PREJUDICE** |
|---|---|

Plaintiff, Antoine Bousley, and Defendants, Garcia, Officer Doe, Nurse Doe, and Doe Director of Nursing, by and through counsel, Aaron D. Ford, Nevada Attorney General, and Samuel L. Pezone Jr., Deputy Attorney General, hereby stipulate that the above-captioned action is dismissed with prejudice as to all claims against all Defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear their own costs.

DATED this 25th day of March, 2025.

By: _/s/ Antoine Bousley_
Antoine Bousley #41891
Plaintiff, Pro Se

DATED this 25th day of March, 2025.
AARON D. FORD
Attorney General

By: _/s/ Samuel L. Pezone Jr._
SAMUEL L. PEZONE JR. (Bar No. 15978)
Deputy Attorney General

IT IS SO ORDERED

DATED: April 22, 2025.

_____
Miranda M. Du, U.S. District Judge